Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
Tel: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>ROYCE LEE REED, JR. aka SKIP REED, Jr.<br><br>       Debtor.<br><br>_____ | CASE: 10-55542-RLE-7<br><br>CHAPTER 7<br><br>REF.: ASW-726<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF JO-ANN GOLDMAN IN SUPPORT THEREON<br><br>DATE: 07/07/10<br>TIME: 10:30am<br>CTRM: 3099<br>U.S. Bankruptcy Court<br>280 S. First Street<br>San Jose, California |

    The Motion of U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 respectfully shows as follows:

    1.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

Matter I.D. 6401-5999

2. On May 26, 2010, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor.

3. CAROL WU is the Chapter 7 Trustee for this case.

4. Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

5. Movant is the beneficiary under a Deed of Trust as nominee for Ownit Mortgage Solutions and its successors and assigns which secures a Promissory Note ("Note") in the principal sum of $600,000.00, with the Note all due and payable on August 1, 2036. The Note and Deed encumber real property commonly known as:

> 361 Ardis Avenue, San Jose, CA 95117 ("Property")

and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN GOLDMAN.

6. The beneficial interest under the Deed of Trust is currently held by Movant as nominee for Ownit Mortgage Solutions and its successors and assigns. See Declaration of JO-ANN GOLDMAN.

7. There was a default under the terms of the Note and Deed of Trust and on February 4, 2008, Movant caused to be recorded a Notice of Default and Election to Sell.

8. On May 7, 2009, Movant caused to be recorded a Notice of Sale.

9. The Property is Debtor's principal residence.

10. As of June 7, 2010, the Debtor has failed to tender 14 of the contractual payments which have fallen due under the Note and Deed of Trust.

11. The total amount due under Movant's Note and Deed of Trust as of June 7, 2010, exclusive of attorneys fees and costs, was approximately $665,895.91. See Statement of Indebtedness attached hereto as **Exhibit " 1 "**.

12. The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages, total approximately $1,035,895.91.

13. Movant requests the Court take Judicial Notice that the Debtor's Schedule "A" provides the fair market value of the Property is approximately $650,000.00. A true and correct copy of Schedule "A" is attached hereto as **Exhibit " 2 "** and incorporated by reference.

14. Movant requests the Court take Judicial Notice that the Debtor's Schedule "D" reflects the Property is encumbered by three additional liens. A true and correct copy of the Debtor's Schedule "D" is attached hereto as **Exhibit " 3 "** and incorporated by reference.

15. Movant requests the Court take Judicial Notice that the Debtor's Statement of Intentions provides the Property is to be surrendered. A true and correct copy of the Statement of Intentions is attached hereto as **Exhibit " 4 "** and incorporated by reference.

16. Due to the liens, encumbrances and arrearages existing against the Property, and due to current market

trends and costs of sale, the Debtor does not have any equity in the Property.

17. The Debtor has no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

18. Movant does not have, and has not been offered, adequate protection for his interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2) For reasonable attorneys' fees as a secured claim under 11 U.S.C. Section 506(b);

(3) For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

(4) For reasonable attorneys' fees and costs;

(5) For costs incurred or expended in suit herein; and

(6) For such other and further relief as the Court deems just and proper.

Matter I.D. 6401-5999

| | |
|---|---|
| 1 | Dated: 06/17/2010 |
| 2 | |
| 3 | <u>/s/ Alan Steven Wolf</u><br>ALAN STEVEN WOLF |
| 4 | Attorneys for Movant<br>U.S. Bank National Association, as trustee, on behalf of the holders of |
| 5 | the Credit Suisse First Boston Mortgage Securities Corp., Home |
| 6 | Equity Pass Through Certificates, Series 2007-1 |

Matter I.D. 6401-5999