Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
U.S. Bank National Association,
as trustee, on behalf of the
holders of the Credit Suisse
First Boston Mortgage
Securities Corp., Home Equity
Pass Through Certificates,
Series 2007-1

The following constitutes
the order of the court. Signed July 15, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | CASE: 10-55542RLE-7 |
| ) | |
| ROYCE LEE REED, JR. aka SKIP REED, ) | CHAPTER 7 |
| Jr. ) | |
| ) | REF.: ASW-726 |
| Debtor. ) | |
| ) | ORDER GRANTING MOTION |
| ) | FOR RELIEF FROM THE |
| ) | AUTOMATIC STAY |
| ) | |
| ) | DATE: 07/07/10 |
| ) | TIME: 10:30am |
| ) | CTRM: 3099 |
| ) | U.S. Bankruptcy Court |
| ) | 280 S. First Street |
| _____ ) | San Jose, California |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1, and having come to be heard before the HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE, on July 7, 2010, Movant appearing by his

Matter I.D. 6401-5999

attorneys THE WOLF FIRM by DANIEL K. FUJIMOTO, and there being no pleading in opposition nor appearance by the Trustee or the Debtor, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

　　　IT IS ORDERED that with respect to the real property commonly known as 361 Ardis Avenue, San Jose, CA 95117, and more fully described as follows:

> SEE DOCUMENT NO. 19027747 RECORDED IN THE
> OFFICIAL RECORDS OF SANTA CLARA COUNTY ON
> 7/20/2006

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under his Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

　　　IT IS FURTHER ORDERED that the 14 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

　　　　　　　　　　　** END OF ORDER **

Matter I.D. 6401-5999

```
                        COURT SERVICE LIST
 1
    Debtor:
 2  ROYCE LEE REED, Jr.
    361 Ardis Ave.
 3  San Jose, CA 95117

 4  Chapter 7 Trustee:
    CAROL WU
 5  25A Cresent Dr., #413
    Pleasant Hill, CA  94523
 6
    Debtor's Counsel
 7  GARY R BRENNER
    GARY BRENNER
 8  630 N San Mateo Dr
    San Mateo, CA 94401
 9
    U.S. TRUSTEE
10  280 S. First, Room 268
    San Jose, CA  95113-3004
11
    The Wolf Firm
12  2955 Main Street, Second Floor
    Irvine, CA 92614
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
```

Matter I.D. 6401-5999

Case: 10-55542    Doc# 26    Filed: 07/15/10    Entered: 07/15/10 13:53:15    Page 3 of 3